CO-386-online
10/03

# United States District Court
# For the District of Columbia

Manatt, Phelps & Phillips, LLP )
700 12th St., NW, Suite 1100 )
Washington, DC 20005 )
)
                Plaintiff )    Civil Action No._____
      VS )
)
United States Department of Transportation Federal Railroad )
Administration )
1120 Vermont Avenue NW, )
Washington, DC 20005 )
              Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Manatt, Phelps & Phillips, LLP__ which have

any outstanding securities in the hands of the public:

None.
Note: Plaintiff represents Mayo Clinic which has an interest in this matter

These representations are made in order that judges of this court may determine the need for recusal.

                                 Attorney of Record
                                 _/s/_____
                                 Signature

DC 441405                            Stephen L. Neal, Jr.
BAR IDENTIFICATION NO.        Print Name

                                 700 12th St., NW, Suite 1100
                                 Address

                                 Washington, DC      20005
                                 City           State       Zip Code

                                 202-585-6500
                                 Phone Number