IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 07-0369 (RCL) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL RAILROAD ADMINISTRATION, | ) |
| Defendant. | ) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Michelle N. Johnson as counsel for the federal government defendant in the above-captioned case.

Respectfully submitted,

   /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139 (telephone)
(202) 514-8780 (facsimile)
Michelle.Johnson@usdoj.gov

COUNSEL FOR DEFENDANT