IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No.: 07-0369 (RCL) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| TRANSPORTATION, ) | |
| FEDERAL RAILROAD ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME
IN WHICH TO RESPOND TO THE COMPLAINT AND FOR THE COURT
TO SET A BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant hereby files its Motion for an Extension of Time in Which to Respond to the Complaint and for the Court to Set a Briefing Schedule. In support of this motion, Defendant asserts the following:

1. Plaintiff filed its Complaint in this Court on February 20, 2007. Plaintiff's Complaint concerns a request it submitted to the Defendant on April 17, 2006 pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Service was perfected on the Defendant on April 9, 2007, making Defendant's response to the Complaint due on May 9, 2007.

2. To date, Defendant has produced over 1600 pages of documents responsive to Plaintiff's request. Defendant estimates that it will take approximately an additional three weeks to finish processing Plaintiff's request, including examining records for responsiveness, copying any responsive records, reviewing the records for withholding and then redacting or withholding material as warranted consistent with the exemptions set forth in the FOIA. This schedule

represents Defendant's good-faith estimate only, and will be modified through a subsequent filing if warranted.

3.      Until such time as Defendant has completed its processing of Plaintiff's FOIA request, any dispositive motions would be premature.  Accordingly, Defendant seeks the entry of the attached briefing schedule to permit Defendant to complete its processing of Plaintiff's request and to allow Plaintiff time to review any applicable withholdings.

4.      Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who stated that Plaintiff does not oppose the relief sought herein.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

/s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS,<br><br>      Plaintiff,<br><br>v.<br><br><br>UNITED STATES DEPARTMENT OF<br>TRANSPORTATION,<br>FEDERAL RAILROAD ADMINISTRATION<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.: 07-0369 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

_____Upon consideration of Defendant's Consent Motion for an Extension of Time to Respond to the Complaint and for the Court to Set a Briefing Schedule, it is hereby

ORDERED that the Defendant's motion is GRANTED.  It is further ORDERED

1.      That Defendant will complete its processing, document review and release any additional non-privileged, non-exempt records, or portions of records, to Plaintiff on or before May 31, 2007.

2.      That upon the final receipt of the records by Plaintiff, Plaintiff will have fourteen days to review any additional records released by Defendant in order to determine whether Plaintiff will request a <u>Vaughn</u> index of any withholdings.

3.      That, should Plaintiff request that Defendant prepare a <u>Vaughn</u> index, Defendant shall have thirty days from its receipt of that request to draft a <u>Vaughn</u> index of withholdings and to transmit the index to Plaintiff.

4.      That Plaintiff will have up to fourteen days to evaluate the <u>Vaughn</u> index in order

to determine whether Plaintiff will contest the withholdings.

5. That if, despite using their best efforts to resolve any dispute, a dispute remains as to any withholding, Defendant shall file a motion for summary judgment within thirty days of (1) the completion of its response to Plaintiff's FOIA request or, (2) the date it produces a <u>Vaughn</u> index, if one is requested; or (3) the receipt of any objections to its <u>Vaughn</u> index from Plaintiff, whichever is later.

**SO ORDERED** this ____ day of _____, 200__.

_____
ROYCE C. LAMBERTH
United States District Court Judge