**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPT. OF TRANSPORTATION, FEDERAL RAILROAD ADMINISTRATION,<br><br>Defendant. | Civil Action No.: 07-369 (RCL)<br><br>Judge Royce C. Lamberth |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Manatt, Phelps & Phillips, LLP ("Manatt"), by and through its undersigned counsel of record, hereby moves this Honorable Court for an Order to amend the May 15, 2007 Scheduling Order to extend all existing deadlines by 30 days.

The grounds for this Consent Motion are fully set forth in the accompanying Memorandum of Points and Authorities that is filed concurrently herewith.

In accordance with Local Civil Rule 7(m), undersigned counsel for the parties has conferred with Defendant's counsel regarding the relief requested herein and all consent. This is the first request for an amendment of the May 15, 2007 Scheduling Order.

WHEREFORE, Manatt prays that this Court amend the May 15, 2007 Scheduling Order as follows: (1) Defendant will complete its processing, document review, and release any additional non-privileged, non-exempt records, or portions of records (if there are any), to Plaintiff on or before July 2, 2007; (2) upon the final receipt of the records by Plaintiff, Plaintiff will have 14 days to review any additional records released by Defendant in order to determine whether Plaintiff will request a *Vaughn* index of any withholdings; (3) in the event that Plaintiff

requests a *Vaughn* index, Defendant shall have 30 days from its receipt of that request in which

to draft a *Vaughn* index of withholdings, and to transmit the index to Plaintiff; (4) Plaintiff will

have up to 14 days after receiving the *Vaughn* index in which to determine whether Plaintiff will

contest the withholdings; and (5) if, despite best efforts to resolve any dispute, a dispute remains

as to any withholding, Defendant shall file a motion for summary judgment within 30 days of:

(a) the completion of its response to Plaintiff's FOIA request; (b) the date Defendant produces a

*Vaughn* index to Plaintiff, if one is requested; or (c) the receipt of any objections to its *Vaughn*

index from Plaintiff, whichever is later.  A proposed Order is attached.

> Respectfully submitted,

Dated:  June 14, 2007              By:      _____/s/Stephen L. Neal, Jr._____
                                           Stephen L. Neal, Jr., Esq.
                                           DC Bar No. 441405
                                           Manatt, Phelps & Phillips, LLP
                                           700 12th Street, NW, Suite 1100
                                           Washington, DC  20005
                                           (202) 585-6500 (phone)
                                           (202) 585-6600 (fax)
                                           sneal@manatt.com

                                           *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPT. OF<br>TRANSPORTATION, FEDERAL<br>RAILROAD ADMINISTRATION,<br><br>Defendant. | Civil Action No.: 07-369 (RCL)<br><br>Judge Royce C. Lamberth |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO AMEND SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiff Manatt, Phelps & Phillips, LLP ("Manatt") submits this Memorandum of Points and Authorities in support of its Consent Motion to Amend Scheduling Order ("Motion").

## I.    PROCEDURAL BACKGROUND AND ARGUMENT

This Court previously set a schedule in its May 15, 2007 Order.  Plaintiff and Defendant are now negotiating whether additional documents need to be produced and hopefully a final settlement of this matter, and need additional time to finalize these negotiations.  More specifically, Defendant believes it has produced all responsive documents; Plaintiff disagrees. Plaintiff therefore believes that the May 15, 2007 Scheduling Order should be amended to permit the parties to resolve this disagreement and allow the parties to focus on a final resolution of this matter.

## II.    CONCLUSION

For the foregoing reasons, Manatt requests that the Court grant this Motion and amend the May 15, 2007 Scheduling Order as follows: (1) Defendant will complete its processing, document review, and release any additional non-privileged, non-exempt records, or portions of records (if there are any), to Plaintiff on or before July 2, 2007; (2) upon the final receipt of the records by Plaintiff, Plaintiff will have 14 days to review any additional records released by Defendant in order to determine whether Plaintiff will request a *Vaughn* index of any withholdings; (3) in the event that Plaintiff requests a *Vaughn* index, Defendant shall have 30 days from its receipt of that request in which to draft a *Vaughn* index of withholdings, and to transmit the index to Plaintiff; (4) Plaintiff will have up to 14 days after receiving the *Vaughn* index in which to determine whether Plaintiff will contest the withholdings; and (5) if, despite best efforts to resolve any dispute, a dispute remains as to any withholding, Defendant shall file a motion for summary judgment within 30 days of: (a) the completion of its response to Plaintiff's FOIA request; (b) the date Defendant produces a *Vaughn* index to Plaintiff, if one is requested; or (c) the receipt of any objections to its *Vaughn* index from Plaintiff, whichever is later.

Respectfully submitted,

Dated:  June 14, 2007          By:          /s/Stephen L. Neal, Jr.

Stephen L. Neal, Jr., Esq.
DC Bar No. 441405
Manatt, Phelps & Phillips, LLP
700 12th Street, NW, Suite 1100
Washington, DC  20005
(202) 585-6500 (phone)
(202) 585-6600 (fax)
sneal@manatt.com

*Counsel for Plaintiff*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANATT, PHELPS & PHILLIPS, LLP

Plaintiff,

v.

UNITED STATES DEPT. OF
TRANSPORTATION, FEDERAL
RAILROAD ADMINISTRATION,

Defendant.

Civil Action No.: 07-369 (RCL)

Judge Royce C. Lamberth

## ORDER

This matter, having come before the Court on the Consent Motion to Amend Scheduling

Order ("Motion"), and for good cause shown, it is this _____ day of _____, 2007, hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that:

1.      Defendant will complete its processing, document review, and release any

additional non-privileged, non-exempt records, or portions of records (if there are any), to

Plaintiff on or before July 2, 2007;

2.      Upon the final receipt of the records by Plaintiff, Plaintiff will have 14 days to

review any additional records released by Defendant in order to determine whether Plaintiff will

request a *Vaughn* index of any withholdings;

3.      In the event that Plaintiff requests a *Vaughn* index, Defendant shall have 30 days

from its receipt of that request in which to draft a *Vaughn* index of withholdings, and to transmit

the index to Plaintiff;

4.      Plaintiff will have up to 14 days after receiving the *Vaughn* index in which to

determine whether Plaintiff will contest the withholdings; and

5.     If, despite best efforts to resolve any dispute, a dispute remains as to any

withholding, Defendant shall file a motion for summary judgment within 30 days of: (a) the

completion of its response to Plaintiff's FOIA request; (b) the date Defendant produces a *Vaughn*

index to Plaintiff, if one is requested; or (c) the receipt of any objections to its *Vaughn* index

from Plaintiff, whichever is later.

<div style="margin-left:40%">

_____
The Honorable Royce C. Lamberth
United States District Judge

</div>

Copies to:

     All Counsel of Record via ECF

30198605.1

<div style="text-align:center">3</div>