UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MANATT, PHELPS & PHILLIPS,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action 07-369 (RCL) |
| **UNITED STATES DEPT. OF TRANSPORTATION, FEDERAL RAILROAD ADMINISTRATION,** | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the consent motion [6] to amend the Scheduling Order [5], it is hereby

ORDERED that the consent motion [6] is GRANTED, *nunc pro tunc*; it is further

ORDERED that:

   1. Defendant will complete its processing, document review, and release any additional non-privileged, non-exempt records, or portions of records, to plaintiff on or before July 2, 2007.

   2. Upon the final receipt of the records by plaintiff, plaintiff will have fourteen (14) days to review any additional records released by defendant in order to determine whether plaintiff will request a *Vaughn* index of any withholdings.

   3. Should plaintiff request that defendant prepare a *Vaughn* index, defendant shall have thirty (30) days from its receipt of that request in order to draft a *Vaughn* index of withholdings, and to transmit the index to plaintiff.

4.  Plaintiff will have up to fourteen (14) days after receiving the *Vaughn* index in order to determine whether plaintiff will contest the withholdings.

5.  If, despite using their best efforts to resolve any dispute, a dispute remains as to any withholding, defendant shall file a motion for summary judgment within thirty (30) days of: (a) the completion its response to plaintiff's FOIA request; or (2) the date defendant produces a *Vaughn* index to plaintiff, if one is requested; or (3) the receipt of any objections to its *Vaughn* index from plaintiff, whichever is later.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 10, 2007.