IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> TRANSPORTATION, ) <br> FEDERAL RAILROAD ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No.: 07-0369 (RCL) |

**DEFENDANT'S CONSENT MOTION TO AMEND
THE COURT'S BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant hereby files its Motion to Amend the Court's briefing schedule. In support of this motion, Defendant asserts the following:

1. Plaintiff filed its Complaint in this Court on February 20, 2007. Plaintiff's Complaint concerns a request it submitted to the Defendant on April 17, 2006 pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

2. On May 9, 2007, Defendant filed a Consent Motion for an Extension of Time to Respond to the Complaint and for the Court to Set a Briefing Schedule. Defendant's motion was filed because Defendant was in the process of releasing documents responsive to Plaintiff's FOIA request, yet additional time was needed to complete the production. The Court entered a briefing schedule on May 15, 2007.

3. Because the parties were still in discussions regarding the release of documents

to Plaintiff, on June 14, 2007, Plaintiff filed a Consent Motion to Amend the Scheduling Order. The Court granted Plaintiff's Motion on July 10, 2007. This Order required Defendant to complete its processing and release of documents responsive to Plaintiff's FOIA request by July 2, 2007. Plaintiff's request for a Vaughn index, if any, was to be due within fourteen (14) days after Defendant completed its processing and review.

4. Although Defendant believed it had released all pertinent documents to Plaintiff, further investigation revealed that there is an additional loan document dating from 2005 that had not been released. Because the document contains sensitive commercial information, Defendant is in the process of reviewing the documents related to this loan application to ensure that any proper withholdings are asserted. This also requires that Defendant consult with the submitter of the application to discuss any potential withholdings. Defendant expects to be able to release these additional documents to Plaintiff on or before August 13, 2007.

5. Accordingly, Defendant requests that the Court amend the scheduling Order as follows:

Defendant will complete its processing, document review, and release any additional, non-privileged, non-exempt records, or portions of records, to plaintiff on or before August 13, 2007;

Plaintiff will have fourteen (14) days thereafter to review these records and determine whether to request a Vaughn index of any withholdings;

Should Plaintiff request a Vaughn index, Defendant shall have thirty (30) days from its receipt of Plaintiff's request to draft a Vaughn index of withholdings and provide that index to Plaintiff;

Plaintiff will have up to fourteen (14) days after receiving the Vaughn index to determine

whether Plaintiff will contest the withholdings;

If despite using their best efforts to resolve any dispute, a dispute remains as to any withholding, defendant shall file a motion for summary judgment within thirty (30) days of: (a) the completion of its response to plaintiff's FOIA request; or (b) the date Defendant produces a <u>Vaughn</u> index to plaintiff, if one is requested; or (c) the receipt of any objections to its <u>Vaughn</u> index, whichever is later.

4. Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who stated that Plaintiff does not oppose the relief sought herein.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-0369 (RCL) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| TRANSPORTATION, ) | |
| FEDERAL RAILROAD ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of Defendant's Consent Motion to Amend the Court's Briefing Schedule, it is hereby

ORDERED that the Defendant's motion is GRANTED. It is further ORDERED

1. That Defendant will complete its processing, document review and release any additional non-privileged, non-exempt records, or portions of records, to Plaintiff on or before August 13, 2007.

2. That upon the final receipt of the records by Plaintiff, Plaintiff will have fourteen days to review any additional records released by Defendant in order to determine whether Plaintiff will request a <u>Vaughn</u> index of any withholdings.

3. That, should Plaintiff request that Defendant prepare a <u>Vaughn</u> index, Defendant shall have thirty days from its receipt of that request to draft a <u>Vaughn</u> index of withholdings and to transmit the index to Plaintiff.

4. That Plaintiff will have up to fourteen days to evaluate the <u>Vaughn</u> index in order

to determine whether Plaintiff will contest the withholdings.

5.     That if, despite using their best efforts to resolve any dispute, a dispute remains as to any withholding, Defendant shall file a motion for summary judgment within thirty days of (1) the completion of its response to Plaintiff's FOIA request or, (2) the date it produces a <u>Vaughn</u> index, if one is requested; or (3) the receipt of any objections to its <u>Vaughn</u> index from Plaintiff, whichever is later.

**SO ORDERED** this _____ day of _____, 200___.

_____
ROYCE C. LAMBERTH
United States District Court Judge