UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MANATT, PHELPS & PHILLIPS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action 07-369 (RCL) |
| UNITED STATES DEPT. OF TRANSPORTATION, FEDERAL RAILROAD ADMINISTRATION, | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of defendant's consent motion [8] to amend the Court's briefing schedule, it is hereby ORDERED that the defendant's motion [8] is GRANTED. It is further ORDERED that:

1. Defendant will complete its processing, document review and release any additional non-privileged, non-exempt records, or portions of records, to plaintiff on or before August 13, 2007;

2. Upon the final receipt of the records by plaintiff, plaintiff will have fourteen days to review any additional records released by defendant in order to determine whether plaintiff will request a *Vaughn* index of any withholdings;

3. Should plaintiff request that defendant prepare a *Vaughn* index, defendant shall have thirty days from its receipt of that request to draft a *Vaughn* index of withholdings and to transmit the index to plaintiff;

4. Plaintiff will have up to fourteen days to evaluate the *Vaughn* index in order to

    determine whether plaintiff will contest the withholdings;

5. If, despite using their best efforts to resolve any dispute, a dispute remains as to any withholding, defendant shall file a motion for summary judgment within thirty days of: (1) the completion of its response to plaintiff's FOIA request; or (2) the date defendant produces a *Vaughn* index, if one is requested; or (3) the receipt of any objections from plaintiff to defendant's *Vaughn* index, whichever is later.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 17, 2007.