UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANATT, PHELPS & PHILLIPS, LLP,

    Plaintiff,

v.

UNITED STATES DEPT. OF TRANSPORTATION, FEDERAL RAILROAD ADMINISTRATION,

    Defendant.

Civil Action No.: 07-369 (RCL)

Judge Royce C. Lamberth

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Manatt, Phelps & Phillips, LLP ("Manatt"), by and through its undersigned counsel of record, hereby voluntarily dismisses its Complaint in the above-captioned action without prejudice. Defendant has not filed an answer or a motion for summary judgment.

In accordance with Local Civil Rule 7(m), undersigned counsel has conferred with Defendant's counsel and all consent to the dismissal without prejudice of this action.

Respectfully submitted,

Dated: August 27, 2007     By:     /s/Stephen L. Neal, Jr.
Stephen L. Neal, Jr., Esq.
DC Bar No. 441405
Manatt, Phelps & Phillips, LLP
700 12th Street, NW, Suite 1100
Washington, DC 20005
(202) 585-6500 (phone)
(202) 585-6600 (fax)
sneal@manatt.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2007, a copy of Plaintiff's Notice of Voluntary Dismissal was filed electronically using the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the registered attorneys of record.

/s/ Stephen L. Neal, Jr.
Stephen L. Neal, Jr.

30200700.1